```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

DRYWALL TAPERS AND POINTERS OF
GREATER NEW YORK LOCAL UNION 1974,         23-cv-7103 (JGK)

                Petitioner,         ORDER

    - against -

TRI-STATE PAINTING,

               Respondent.

**JOHN G. KOELTL, District Judge:**

    The time for the respondent to respond to the motion for summary judgment to confirm an arbitration award is extended to **November 13, 2023.** If the respondent fails to respond by that date, the motion will be decided on the current papers.

    The petitioner should serve a copy of this Order on the respondent and file proof of service on the docket by **November 7, 2023.**

SO ORDERED.

Dated:    New York, New York
            October 30, 2023

                                          /s/ John G. Koeltl
                                          John G. Koeltl
                                      United States District Judge